# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

THE CHURCH OF JESUS CHRIST
OF LATTER-DAY SAINTS, Servant:
XIU JIAN SUN, THE SPIRITUAL ADAM.
54-25 153rd St
Flushing, New York 11355
646-675-0308

      Plaintiffs,
v.
PRESIDENT OF U.S.A. MR.
DONALD JOHN TRUMP – Cain
The White House
1600 Pennsylvania Avenue NW.
Washington, DC 20500
President Trump (@POTUS) | Twitter
The Trump Team (@TrumpWhiteHouse) | Twitter
Donald J. Trump President of the United States.
@DonaldTrumpForPresident16
(202) 456-1414
      Defendant

Case: 1:18-cv-02820  Jury Demand
Assigned To : Contreras, Rudolph
Assign. Date : 11/26/2018
Description: Pro Se Gen. Civil  F Deck

Trial with god's
law. Apply for
jury to prevent
insult and
unfair behavior



## COMPLAINT

The complaint of the plaintiff, -god's servant, Xiu Jian Sun, the spiritual Adam respectfully shows and alleges as follows

1. Jehovah, the Lord god of the host, sent the messenger answered the defendant President of U.S.A. MR. Donald John Trump – Cain's words through the angel and saying, **'Cain, you love Satan more than love the god of Jehovah'**. (该隐你爱撒旦胜过耶和华神)

2. The Doctrine and Covenants Section 101

Revelation given to <u>Joseph Smith</u> the Prophet, at **<u>Kirtland, Ohio</u>**, December 16 and 17, 1833. At this time the Saints who had gathered in **<u>Missouri</u>** were suffering great persecution. Mobs had driven them from their homes in <u>Jackson County</u>; and some of the Saints had tried to establish themselves in Van Buren, Lafayette, and Ray Counties, but persecution followed them. The main body of the Saints was at that time in <u>Clay County, Missouri</u>. Threats of death against individuals of the Church were many. The Saints in **<u>Jackson County</u>** had lost household furniture, clothing, livestock, and other personal property; and many of their crops had been destroyed.

81). Now, unto what shall I liken the children of Zion? I will liken them unto the parable of the woman and the unjust <u>judge</u>, for men ought always to pray and not to faint, which saith—

82). There was in a city a <u>judge</u> which feared not God, neither regarded man.

83). And there was a widow in that city, and she came unto him, saying: Avenge me of mine adversary.

84). And he would not for a while, but afterward he said within himself: Though I fear not God, nor regard man, yet because this widow troubleth me I will avenge her, lest by her continual coming she weary me.

85). Thus will I liken the children of Zion.

86). Let them importune at the feet of the <u>judge</u>;

87). And if he heed them not, let them importune at the feet of the **<u>governor</u>**;

88). And if the **<u>governor</u>** heed them not, let them importune at the feet of the **<u>president</u>**;

3. The Revelation of St John the Divine Chapter 17

1). And there came one of the seven angels which the seven vials, and talked with me, saying unto me, Come hither; I will shew unto thee the judgment of the great whore that sitteth upon many waters:

2). With whom the <u>kings</u>[1] of the earth have committed fornication* (Look!

**President Donald John Trump**[1] **- Wang Xing Ren; Obama Barack -King Herod; George W. Bush; Bill Clinton; George H. W. Bush; Ronald Reagan; Jimmy Carter; Gerald Ford; Richard Nixon**) , and the inhabitants of the earth have been made drunk with the wine of her fornication.

3). So he carried me away in the spirit into the wilderness: and I saw a woman sit upon a scarlet coloured beast, full of names of blasphemy, having seven heads and ten horns.

4). And the woman was arrayed in purple and scarlet colour, and decked with gold and precious stones and pearls, having a golden cup in her hand full of abominations and filthiness of her fornication:

5). And upon her forehead was a name written, MYSTERY, BABYLON THE GREAT, THE MOTHER OF HARLOTS AND ABOMINATIONS OF THE EARTH.

6). And I saw the woman drunken with the blood of the saints, and with the blood of the martyrs of Jesus: and when I saw her, I wondered with great admiration.

7). And the angel said unto me, Wherefore didst thou marvel? I will tell thee the mystery of the woman, and of the beast that carrieth her, which hath the seven heads and ten horns.

8). The beast that thou sawest was, and is not; and shall ascend out of the bottomless pit, and go into perdition: and they that dwell on the earth shall wonder, whose names were not written in the book of life from the foundation of the world, when they behold the beast that was, and is not, and yet is.

9). And here is the mind which hath wisdom. The seven heads are seven mountains, on which the woman sitteth.

---

1. VI. CAUSE OF ACTION.

10). And there are seven kings: five are fallen <u>(Servant in accordance of order: Harold B. Lee, Spencer W. Kimball, Ezra Taft Benson, Howard W. Hunter, Gordon B. Hinckley. 1972-2008)</u>, and one is, and the other is not yet come <u>(In the year of 2010, when reading this, Jehovah, -the Lord god of host sent the messenger said to servant in heart, "They are like this in their previous life.")</u>; and when he cometh, he must continue a short space.

4. The Doctrine and Covenants Section 42

83). And thus ye shall do in all cases which shall come before you.

84). And if a man or woman shall rob, he or she shall be delivered up unto the law of the land.

85). And if he or she shall steal, he or she shall be delivered up unto the law of the land.

86). And if he or she shall lie, he or she shall be delivered up unto the law of the land.

87). And if he or she do any manner of iniquity, he or she shall be delivered up unto the law, even that of God.

88). And if thy brother or sister offend thee, thou shalt take him or her between him or her and thee alone; and if he or she confess thou shalt be reconciled.

89). And if he or she confess not thou shalt deliver him or her up unto the church, not to the members, but to the elders. And it shall be done in a meeting, and that not before the world.

90). And if thy brother or sister offend many, he or she shall be chastened before many.

91). And if any one offend openly, he or she shall be rebuked openly, that he or she may be ashamed. And if he or she confess not, he or she shall be delivered up unto the law of God.

5.

92). If any shall offend in secret, he or she shall be rebuked in secret, that he or she may have opportunity to confess in secret to him or her whom he or she has offended, and to God, that the church may not speak reproachfully of him or her.

93). And thus shall ye conduct in all things.

## JURY DEMAND

6. Jehovah, - the Lord god of host gives the words to servant (Plaintiffs) in the temple he made, "Trial with god's law. **Apply for jury to prevent insult and unfair behavior.**"

7. I (servant) would like to request a Mandarin Chinese court interpreter for my court day。

 It is the savior redeemer of servant, -Jesus Christ, says with father's order. Amen.

Dated: November 20, 2018
   Queens, New York

         The Church of Jesus Christ of Latter-day saints

       Servant: *Xiu Jian Sun, the Spiritual Adam* [signature]
         Xiu Jian Sun, the spiritual Adam
         54-25 153rd St
         Flushing, NY 11355
         646-675-0308
         Plaintiffs

15

USCA Case #18-5006   Document #1716755
           Filed: 02/05/2018   Page 16 of 61

Case 1:17-cv-01787-RC   Document 1-1
           Filed: 09/01/17 Page 6 of 15

**Product Tracking & Reporting**     May 15, 2017

Home   Search   Reports   Manual Entry

 Rates/                              USPS Corporate
Commitments     PTR/EDW                 Accounts

**USPS Tracking Intranet**
Delivery Signature and Address
Tracking Number: 7015 3010 0000 5881 6119
This item was delivered on 04/03/2017 at 03:54:00

<Return to Tracking Number View

**Gmail - We Have Received Your Message**

xiu jian sun <davidsunsun2@gmail.com>
We Have Received Your Message 1 封郵件
The White House <noreply@whitehouse.gov> 2018 年 1 月5日 下午 4:40

16

收件者: "davidsunsun2@gmail.com"
davidsunsun2@gmail.com

### THE WHITE HOUSE WASHINGTON
January 5, 2018

Thank you for contacting the White House. We are carefully reviewing your message.

President Donald J. Trump believes the strength of our country lies in the spirit of the American people and their willingness to stay informed and get involved. President Trump appreciates you taking the time to reach out.

If you wish to receive regular email updates from the White House, please Click Here. You may also wish to follow President Trump and the White House on Facebook, Instagram, Twitter, and Youtube.

Sincerely,
The Office of Presidential Correspondence

White House Website | Privacy Policy | Contact the White House | Unsubscribe from White House Emails

https://mail.google.com/mail/u/0/?ui=2&ik=56ee80b873&jsver=RJIkt9CYu4M.zh_TW.&cbl=gmail_fe_180516.06_p8&view=pt&search=inbox&type=159b86b2a0941d68

19

USCA Case #18-5006   Document #1716755              Filed: 02/05/2018   Page 19 of 61
Case 1:17-cv-01787-RC   Document 1-1              Filed: 09/01/17 Page 9 of 15

**Product Tracking & Reporting**     June 06, 2017

Home   Search   Reports   Manual Entry

Rates/                                   USPS Corporate
Commitments    PTR/EDW           Accounts

USPS Tracking Intranet
Delivery Signature and Address
Tracking Number: 7016 2710 0001 1457 6143
This item was delivered on 06/05/2017 at 03:57:00
<Return to Tracking Number View


USCA Case #18-5006   Document #1716755              Filed: 02/05/2018   Page 21 of 61
Case 1:17-cv-01787-RC   Document 1-1              Filed: 09/01/17 Page 11 of 15

**Product Tracking & Reporting**     June 15, 2017

Home   Search   Reports   Manual Entry

Rates/                                   USPS Corporate
Commitments    PTR/EDW           Accounts

USPS Tracking Intranet
Delivery Signature and Address
Tracking Number: 7015 3010 0001 5820 2348
This item was delivered on 06/12/2017 at 03:56:00
<Return to Tracking Number View

20

USCA Case #18-5006   Document #1716755   Filed: 02/05/2018   Page 22 of 61
Case 1:17-cv-01787-RC   Document 1-1   Filed: 09/01/17 Page 12 of 15

**Product Tracking & Reporting**     July 20, 2017

Home   Search   Reports   Manual Entry

Rates/Commitments   PTR/EDW   USPS Corporate Accounts

USPS Tracking Intranet
Delivery Signature and Address
Tracking Number: 7015 3010 0001 5819 2786
This item was delivered on 06/19/2017 at 03:58:00
<Return to Tracking Number View


USCA Case #18-5006   Document #1716755   Filed: 02/05/2018   Page 23 of 61
Case 1:17-cv-01787-RC   Document 1-1   Filed: 09/01/17 Page 13 of 15

**Product Tracking & Reporting**

Home   Search   Reports   Manual Entry

Rates/Commitments   PTR/EDW   USPS Corporate Accounts

USPS Tracking Intranet
Delivery Signature and Address
Tracking Number: EL380284749US
This item was delivered on July 24, 2017, 4:06 am
<Return to Tracking Number View

21

USCA Case #18-5006   Document #1716755   Filed: 02/05/2018   Page 24 of 61
Case 1:17-cv-01787-RC   Document 1-1   Filed: 09/01/17 Page 14 of 15

**Product Tracking & Reporting**   August 31, 2017

Home   Search   Reports   Manual Entry

Rates/ Commitments   PTR/EDW   USPS Corporate Accounts

USPS Tracking Intranet
Delivery Signature and Address
Tracking Number: 70171070000023439158
This item was delivered on 08/21/2017, 04:08:00
<Return to Tracking Number View


USCA Case #18-5006   Document #1716755   Filed: 02/05/2018   Page 25 of 61
Case 1:17-cv-01787-RC   Document 1-1   Filed: 09/01/17 Page 15 of 15

**Product Tracking & Reporting**   09/26/2017

Home   Search   Reports   Manual Entry

Rates/ Commitments   PTR/EDW   USPS Corporate Accounts

USPS Tracking Intranet
Delivery Signature and Address
Tracking Number: 70160340000097021181
This item was delivered on 09/01/2017, 03:59:00
<Return to Tracking Number View

```
              FLUSHING
         4165 MAIN ST STE 1
              FLUSHING
                 NY
             11355-9998
             3528810002
10/17/2018   (800)275-8777    3:08 PM
=========================================
Product             Sale         Final
Description         Qty          Price

First-Class          1           $1.21
Mail
Large Envelope
    (Domestic)
    (CENTRAL ISLIP, NY 11722)
    (Weight:0 Lb 1.70 Oz)
    (Estimated Delivery Date)
    (Friday 10/19/2018)
PM 2-Day             1           $8.80
    (Domestic)
    (WASHINGTON, DC 20500)
    (Weight:2 Lb 6.90 Oz)
    (Expected Delivery Date)
    (Friday 10/19/2018)
Certified            1           $3.45
    (@@USPS Certified Mail #)
    (70153010000058816034)
Return               1           $2.75
Receipt
    (@@USPS Return Receipt #)
    (9590940234067227910234)
First-Class          1           $3.12
Intl
Large Envelope
    (International)
    (Canada)
    (Weight:0 Lb 4.90 Oz)
Registered           1          $15.50
    (Amount:$0.00)
    (USPS Registered Mail #)
    (RE078192833US)

Total                           $34.83

Credit Card Remitd              $34.83
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX0050)
    (Approval #:04405B)
    (Transaction #:055)
    (AID:A0000000031010    Chip)
    (AL:VISA CREDIT)
    (PIN:Not Required)

Includes up to $50 insurance

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.


         Preview your Mail
         Track your Packages
         Sign up for FREE @
         www.informeddelivery.com

Please visit
https://www.usps.com/international/cus
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20500      OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.45 | 0002 |
| $ | $2.75 | 19 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) $ $0.00 | | Postmark |
| ☐ Return Receipt (electronic) $ $0.00 | | Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | | |
| ☐ Adult Signature Required $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage | $8.80 | |
| $ | | 10/17/2018 |
| Total Postage and Fees | $15.00 | |

Sent To: President of U.S.A. Mr. Donald John Trump
Street and Apt. No., or PO Box No.: The White House : 1600 Pennsylvania Avenue
City, State, ZIP+4: Washington, DC 20500

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 3010 0000 5881 6034

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
PRESIDENT OF U.S.A
MR. DONALD JOHN TRUMP
The White House
1600 Pennsylvania Ave. NW
Washington, DC 20500

9590 9402 3406 7227 9102 34

2. Article Number (Transfer from service label)
7015 3010 0000 5881 6034

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
NEOB MAIL OPERATIONS
DATE RECEIVED
10/26/2018

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

```
===================================
        STATION A
      4003 164TH ST
         FLUSHING
           NY
        11358-9997
        3528820003
10/27/2018    (800)275-8777    12:06 PM
===================================
===================================
Product              Sale      Final
Description          Qty       Price

PM 2-Day              1        $9.90
  (Domestic)
  (WASHINGTON, DC  20500)
  (Weight:3 Lb 6.00 Oz)
  (Expected Delivery Date)
  (Tuesday 10/30/2018)
Certified             1        $3.45
  (@@USPS Certified Mail #)
  (70171070000023439189)
Return                1        $2.75
Receipt
  (@@USPS Return Receipt #)
  (9590940234067227910289)
US Flag Bklt/2        1       $10.00
0
  (Unit Price:$10.00)

Total                         $26.10

Credit Card Remitd            $26.10
  (Card Name:VISA)
  (Account #:XXXXXXXXXXXX0050)
  (Approval #:09250B)
  (Transaction #:890)
  (AID:A0000000031010         Chip)
  (AL:VISA CREDIT)
  (PIN:Not Required)

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.

        Preview your Mail
        Track your Packages
        Sign up for FREE @
        www.informeddelivery.com

All sales final on stamps and postage
Refunds for guaranteed services only
       Thank you for your business

       HELP US SERVE YOU BETTER

       TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

               Go to:
       https://postalexperience.com/Pos

840-5110-0152-001-00016-92203-02

       or scan this code with
         your mobile device:
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20500    OFFICIAL USE

Certified Mail Fee  $3.45
                    $2.75                          0003
Extra Services & Fees (check box, add fee as appropriate)  07
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00       Postmark
☐ Certified Mail Restricted Delivery $ $0.00    Here
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $
Postage
$    $9.90
Total Postage and Fees            10/27/2018
$   $16.10

Sent To President of U.S.A. Mr Donald John Trump
Street and Apt. No., or PO Box No.
The White House, 1600 Pennsylvania Ave, NW
City, State, ZIP+4
Washington, DC 20500

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:
PRESIDENT OF U.S.A.
MR. DONALD JOHN TRUMP
The White House
1600 Pennsylvania Avenue, NW
1st Floor, West Wing
Washington, DC 20500

9590 9402 3406 7227 9102 89

2. Article Number (Transfer from service label)
7017 1070 0000 2343 9189

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
B. Received by (Printed Name)      C. Date of Delivery
NEOB MAIL OPERATIONS
DATE RECEIVED
11/06/2018

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

```
=====================================
            STATION A
          4003 164TH ST
            FLUSHING
               NY
           11358-9997
           3528820003
11/16/2018    (800)275-8777    1:03 PM
=====================================
=====================================
Product           Sale         Final
Description        Qty         Price

PM 2-Day           1          $7.70
   (Domestic)
   (WASHINGTON, DC 20500)
   (Weight:1 Lb 4.00 Oz)
   (Expected Delivery Date)
   (Tuesday 11/20/2018)
Certified          1          $3.45
   (@@USPS Certified Mail #)
   (70180680000187328858)
   (Unit Price:$10.00)

Total                        $115.27

Credit Card Remitd           $115.27
   (Card Name:MasterCard)
   (Account #:XXXXXXXXXXXX1463)
   (Approval #:07626M)
   (Transaction #:199)
   (AID:A0000000041010       Chip)
   (AL:MasterCard)
   (PIN:Not Required)

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

          Preview your Mail
          Track your Packages
          Sign up for FREE @
         www.informeddelivery.com

All sales final on stamps and postage
Refunds for guaranteed services only
      Thank you for your business

       HELP US SERVE YOU BETTER

       TELL US ABOUT YOUR RECENT
           POSTAL EXPERIENCE

                Go to:
   https://postalexperience.com/Pos

    840-5110-0152-003-00018-85157-02
```



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20500   OFFICIAL USE

Certified Mail Fee  $3.45            0003
$                    $2.75             04
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00       Postmark
☐ Certified Mail Restricted Delivery $ $0.00    Here
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $
Postage
$                    $7.70
Total Postage and Fees                        11/16/2018
$                    $13.90
Sent To
  President of U.S.A. MR Donald John Trump
Street and Apt. No., or PO Box No.
  1600 Pennsylvania Avenue NW.
City, State, ZIP+4®
  Washington, DC 20500

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 0680 0001 8732 8858