**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, *et al.*, *pro se* | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 18-2820 (RC) |
| DONALD JOHN TRUMP | ) ) ) | |
| Defendant. | ) ) | |

**PROPSED ORDER**

Upon consideration of Defendant's Motion for Enlargement of Time to file a response to Plaintiffs' Complaint, it is hereby ORDERED that Defendant's response shall be filed on March 20, 2019.

SO ORDERED.

Date: _____

_____
United States District Judge